# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) | |
| v. | ) | Case No. |
| Holly Dionne Christensen | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Holly Dionne Christensen ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Digitally signed by Zia M. Faruqui
Date: 2022.11.28 17:51:36 -05'00'

Date:  11/28/22

*Issuing officer's signature*

City and state:          Washington, D.C.                Zia M Faruqui, U.S. Magistrate Judge

*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 12/7/22 , and the person was arrested on *(date)* 12/7/22 at *(city and state)* Puyallup, WA  11/28/22 . |
| Date: 12/7/22 |

*Arresting officer's signature*

Matthew Scott    Special Agent
*Printed name and title*