UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-259 |
| | : | |
| SCOTT RAY CHRISTENSEN and | : | |
| HOLLY DIONNE CHRISTENSEN, | : | |
| | : | |
| | : | |
| Defendants. | : | |

# ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on February 23, 2023, be continued for good cause until April 18, 2023, at 1:00 p.m.; and it is further

**ORDERED** that the time between February 23, 2023, and April 18, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

Date: February 23, 2023

                                                  Hon. Moxila A. Upadhyaya
                                                  UNITED STATES MAGISTRATE JUDGE